AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☑ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

9:44 am, Mar 04 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of             )
*(Briefly describe the property to be searched*     )
*or identify the person by name and address)*      )   Case No.  1:24-mj-00294-CDA
                                            )
302 Hibiscus Street, Taneytown, MD 21787-1576   )   **UNDER SEAL**
                                            )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Maryland_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B-1

**YOU ARE COMMANDED** to execute this warrant on or before  February 20, 2024  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Duty Magistrate_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  February 6, 2024 at 10:25 a.m.     _____
                                                           *Judge's signature*

City and state:  Baltimore, Maryland      The Honorable Charles D. Austin
                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:24-mj-00294-CDA | Date and time warrant executed: <br> 2-7-24   6:00AM | Copy of warrant and inventory left with: <br> Adam Wood |

Inventory made in the presence of :
Adam Wood

Inventory of the property taken and name(s) of any person(s) seized:

See attached FBI Receipt for Property

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-8-24

_____
Executing officer's signature

Paul Garaffo   Special Agent/FBI
_____
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 407T-BS-3633232

On (date) 2/7/24

item(s) listed below were:
[X] Collected/Seized
[ ] Received From
[ ] Returned To
[ ] Released To

(Name) ADAM WOOD
(Street Address) 302 Hibiscus Street
(City) Taneytown, MD 21787

Description of Item(s): 1) GRAY APPLE LAPTOP (S/N FVFCW6JCP3Y2) 2) APPLE iPHONE (IMEI 351330884340429), 3) VARIOUS DOCUMENTS (LEGAL PADS) AND MAIL, 4) BLUE JOURNAL

No Further Items.

Patrick Campos 2/7/24

Received By: (Signature)
Printed Name/Title: SA Jared McCarthy

Received From: (Signature)
Printed Name/Title: ADAM WOOD

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:24-mj-00295-CDA
The person of ADAM CHRISTOPHER WOOD )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 371 | Cosnpiracy to Defraud United States |
| 18 USC 1343 | Wire Fraud |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days:* ___ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Paul Garaffo, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.

Date: February 6, 2024

*Judge's signature*

City and state: _____

Hon. Charles D. Austin
*Printed name and title*